UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TALMADGE ADIB TALIB,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>PETER NICHOLAS et al.,<br><br>　　　　　Defendants. | Case No. CV 14-05871-JAK (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

　　　Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Second Amended Complaint, the records on file, the Report and Recommendation of the assigned United States Magistrate Judge. Further, the Court has made a *de novo* determination of those portions of the reports to which objections are made.

　　　IT IS HEREBY ORDERED that:

　　　1.　The Magistrate Judge's Report and Recommendation is approved and accepted.

　　　2.　Plaintiff's claims against Defendants Miguel and Rob Van Lingen are dismissed with prejudice.

　　　3.　Plaintiff's claims against all Defendants in their official capacities

are dismissed with prejudice.

4. Plaintiff's claims against Defendants LASD and the County of Los Angeles are dismissed with prejudice.

5. Plaintiff's claims against Defendants based upon violations of criminal statutes are dismissed with prejudice.

6. Plaintiff's newly-added claims arising out of an alleged incident on July 10, 2013, are dismissed without prejudice to those claims being filed in a separate action.

7. If Plaintiff wishes to pursue this action, he is ORDERED to file a Third Amended Complaint within twenty-one (21) days of the date of this Order that is limited to his claims against Defendants Nicholas, Gonsalves, Nunes, Moyer, Sanchez, and Vera in their individual capacities only.

Dated: 2/2/15

_____
JOHN A. KRONSTADT
United States District Judge