UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TALMADGE ADIB TALIB,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>PETER NICHOLAS et al.,<br><br>　　　　　　Defendants. | Case No. CV 14-05871-JAK (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

　　　Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Third Amended Complaint, the records on file, the Report and Recommendation of the assigned United States Magistrate Judge. Further, the Court has made a <u>de novo</u> determination of those portions of the reports to which objections are made.

　　　IT IS HEREBY ORDERED that:

　　　1.　The Magistrate Judge's Report and Recommendation is approved and accepted.

　　　2.　Defendants' motion to dismiss is granted in part and Plaintiff's Fifth Amendment claims (i.e., his Sixth, Twenty-Second, and Twenty-Fifth Claims) are dismissed without leave to amend.

3. Defendants' motion to dismiss is otherwise denied.

4. Defendants' motion for a more definite statement is denied.

5. Defendants are ordered to answer the remaining claims of the Third Amended Complaint within fourteen (14) days.

Dated: January 4, 2016

_____
JOHN A. KRONSTADT
United States District Judge