# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TALMADGE ADIB TALIB,<br><br>Plaintiff,<br><br>v.<br><br>PETER NICHOLAS et al.,<br><br>Defendants. | Case No. CV 14-05871-JAK (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge.

Plaintiff filed objections to the Report and Recommendation. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which these objections were made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED that:**

**(1) Defendants Nicholas and Gonsalves's Motion for Reconsideration (Dkt. 128) is granted;**

**(2)** Defendants Nicholas and Gonsalves's Motion for Summary Judgment on Plaintiff's First Amendment Retaliation Claim is granted;

**(3)** that Judgment be entered dismissing this action with prejudice.

Date: September 19, 2019

_____
JOHN A. KRONSTADT
United States District Judge