# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TALMADGE ADIB TALIB, | No. CV 14-05871-JAK (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| PETER NICHOLAS et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that (1) Plaintiff's § 1983 claims against all Defendants are dismissed with prejudice; and (2) this entire action is dismissed.

Date: September 19, 2019

_____
JOHN A. KRONSTADT
United States District Judge